No. 194. MONDAY ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 195. DAVIS, DBA DAVIS MFG. Co. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 197. ECKERD ET AL. *v.* SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied.

No. 198. DALLI *v.* UNITED STATES; and
No. 5303. PYTEL *v.* UNITED STATES. C. A. 2d Cir Certiorari denied. Reported below: 424 F. 2d 45.

No. 199. URBANA *v.* UNITED STATES. C. A. 5th Cir Certiorari denied.

No. 201. McCONNEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 202. PEREZ *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 208. UNIVERSAL BUILDERS, INC., ET AL. *v.* CLARK ET AL.;
No. 213. ACTION REALTY Co. ET AL. *v.* BAKER ET AL.; and
No. 222. BAKER ET AL. *v.* F & F INVESTMENT ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 420 F. 2d 1191.

No. 210. DAVIDA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 211. DETROIT VITAL FOODS, INC., ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.